**EXHIBIT A**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **ETHEL BUBU,** *et al.* | § | |
| *Plaintiffs,* | § | |
| | § | |
| | § | |
| **v.** | § | **Civil Action No 3:26-cv-1551** |
| | § | |
| **PHH MORTGAGE SERVICES, also** | § | |
| **known as ONITY MORTGAGE, and** | § | |
| **NEWREZ LLC,** | § | |
| *Defendants.* | § | |

## INDEX OF ALL MATTERS BEING FILED

Defendant Onity Mortgage Corporation f/k/a PHH Mortgage Corporation, and Defendant NewRez LLC (collectively, "Defendants") file the following exhibits in support of their Notice of Removal:

**Exhibit A**     Index of All Matters Being Filed

**Exhibit B**     Civil Cover Sheet

**Exhibit C**     Supplemental Civil Cover Sheet

**Exhibit D**     Copy of Docket Sheet in the State Court Action

**Exhibit D-1**   Plaintiffs' Petition

**Exhibit D-2**   Proposed Temporary Restraining Order

**Exhibit D-3**   Plaintiffs' Request for Service on Defendants

**Exhibit D-4**   Issuance of Citations on Defendants

**Exhibit D-5**   Temporary Restraining Order

**Exhibit D-6**   Notice of Judgment

**Exhibit D-7**   Plaintiffs' Emergency Motion to Void Foreclosure
                  Sale, for Contempt of Court, and to Amend Petition

**Exhibit D-8**  Defendants' Original Answer

**Exhibit D-9**  Notice to State Court of Removal

**Exhibit E**  Dallas County Appraisal District Notice of Appraised Value