EXHIBIT C

NO. 3:26-cv-1551

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**Supplement to JS 44 Civil Cover Sheet**
**Cases Removed From State Court**

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal.  Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

**STATE COURT INFORMATION:**

1.      Please identify the court from which the case is being removed; the case number; and the complete style of the case.

Cause No. DC-26-07473; *Ethel Bubu et al. v. PHH Mortgage Services, a/k/a Onity Mortgage et al*; in the 44th District Court, Dallas County, Texas

2.      Was jury demand made in State Court:        NO
If yes, by which party and on what date?

**STATE COURT INFORMATION:**

1.      List all plaintiffs, defendants, and intervenors still remaining in the case.  Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

| | |
|---|---|
| Plaintiffs: | Ethel Bubu<br>Aderonke Oyekunle |
| Attorney for Plaintiffs | Aderonke Oyekunle<br>Ethel Bubu,   **Pro Se Plaintiffs**<br>2007 Crosbyton Ln.<br>Grand Prairie, Texas 75052<br>(502) 994-3571<br>ronke.lola@gmail.com |
| Defendants: | Onity Mortgage Corporation f/k/a PHH Mortgage Corporation, and NewRez LLC |
| Attorneys for Defendant: | Matthew K. Hansen<br>Texas Bar No. 24065368 |

1

matt.hansen @troutman.com
TROUTMAN PEPPER LOCKE LLP
2200 Ross Avenue, Suite 2800
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

Maximiliano D. Elizondo
State Bar No. 24142864
max.elizondo@troutman.com
TROUTMAN PEPPER LOCKE LLP
300 Colorado Street, Suite 2100
Austin, Texas 78701
Telephone: (512) 305-4700
Facsimile: (512) 305-4800

2.    List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

None.

3.    List all parties that have been non-suited, dismissal, or terminated, and the reason(s) for their removal from the case.

None.

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS:**

1.    List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim.  For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case.  Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

None.

**VERIFICATION:**

/s/ Maximiliano D. Elizondo                          May 13, 2026
Attorney for Removing Parties                      Date
Onity Mortgage Corporation and NewRez LLC

2