

# DALLAS CENTRAL APPRAISAL DISTRICT
## NOTICE OF APPRAISED VALUE  - RESIDENTIAL
## TAX YEAR 2026

**Mailing Address:**
Residential Division
PO Box 560348
Dallas, TX 75356-0348

### www.dallascad.org  (214) 905-9402



**Account Number:** 280285800N0130000

**Ownership:**

BUBU ETHEL
2007 CROSBYTON LN
GRAND PRAIRIE, TX 75052-8868

**Property Address:**
2007 CROSBYTON LN
GRAND PRAIRIE (DALLAS CO)

**Legal Description:**
CIMMARON ESTATES PH 3C
BLK N LT 13

Dear Property Owner:

This letter is your official notice of the **2026** proposed property tax appraisal for the account listed above. The Dallas Central Appraisal District (DCAD) appraises all of the property in Dallas County for property tax purposes. State law requires that appraisal districts appraise all taxable property at its fair market value. Your county, city, school district and other local governments use the appraisal in calculating your property taxes. Property taxes support critical services such as schools, police and fire protection, street maintenance and many others.

**As of January 1, 2026, the DCAD appraised your real property at:**

| | |
|---|---|
| 2026 Market Value: | $380,680 |
| 2026 Appraised  Value: | $380,680 |

Your current year exemptions are: **Homestead, Age 65 or Older**

*The Texas legislature does not set the amount of your local taxes. Your property tax burden is decided by your locally elected officials and all of those inquiries should be directed to those officials.*

The governing body of each taxing jurisdiction decides whether or not taxes on your property will increase. The DCAD only determines the value of the property in accordance with the Texas Constitution and Statutes.

The percentage difference between the 2021 appraised value of $261,630 and the proposed 2026 appraised value is an increase of 45.50% over a 5-year period.

To **PROTEST** the proposed 2026 value or other issues, you must file a protest with the Appraisal Review Board (ARB) by using the **uFile Online Protest System (preferred method)** or by submitting a written protest (form enclosed).

**If you agree with the proposed value, no further action is required.**

**Deadline for filing a protest:  May 15, 2026 or 30 Days From Appraisal Notice Postmark Date.**

Location of ARB hearings:  2949 N. Stemmons Fwy, Dallas, TX 75247

ARB hearings will begin:  After May 15

ARB deliberations will end:  By July 20

More information about your appraisal and the protest process is on the back of this notice and on the inserts enclosed.

"Capped" Limitation: The Texas Constitution provides that property with a homestead exemption may not be increased in value more than 10% per year, excluding any new improvements made. This provision takes effect the first year following the year the owner qualified for a homestead. Because of this constitutional limitation, if you received a homestead exemption on this property in the previous year, it will be **"capped"** at the appropriate limit. Also, for non-homestead real property whose 2025 appraised value was $5,320,000 or less, the appraised value may only be increased by 20% plus any new improvements for 2026, for qualifying real property you owned as of January 1, 2025.

181-5074

**DALLAS CENTRAL APPRAISAL DISTRICT**
**NOTICE OF APPRAISED VALUE - RESIDENTIAL**
**Tax Year 2026**
www.dallascad.org

Owner Name: BUBU ETHEL
Account Number: 280285800N0130000
Property Address: 2007 CROSBYTON LN

| CURRENT YEAR 2026 | County | City | School | Hospital | College | Special District | Canceled/ Reduced Exemption |
|---|---|---|---|---|---|---|---|
| Jurisdictions | Dallas County | City of Grand Prairie | Grand Prairie ISD | Parkland Hospital | Dallas College | | |
| Market Value - Land | $ 65,000 | $ 65,000 | $ 65,000 | $ 65,000 | $ 65,000 | | |
| Market Value - Structure(s) | $ 315,680 | $ 315,680 | $ 315,680 | $ 315,680 | $ 315,680 | | |
| Market Value | $ 380,680 | $ 380,680 | $ 380,680 | $ 380,680 | $ 380,680 | | |
| Less Deductions | | | | | | | |
| Capped Limitation | | | | | | | |
| Ag-use Value | | | | | | | |
| Absolute Exemption | | | | | | | |
| Appraised Value | $ 380,680 | $ 380,680 | $ 380,680 | $ 380,680 | $ 380,680 | | |
| Less Exemption Amount | | | | | | | |
| Homestead | $ 76,136 | $ 66,619 | $ 140,000 | $ 76,136 | $ 76,136 | | |
| Age 65 or Older | $ 100,000 | $ 45,000 | $ 65,000 | $ 100,000 | $ 100,000 | | |
| Exemption Amount Subtotal | $ 176,136 | $ 111,619 | $ 205,000 | $ 176,136 | $ 176,136 | | |
| Estimated Taxable Value | $ 204,544 | $ 269,061 | $ 175,680 | $ 204,544 | $ 204,544 | | |

| PRIOR YEAR 2025 | County | City | School | Hospital | College | Special District | |
|---|---|---|---|---|---|---|---|
| Jurisdictions | Dallas County | City of Grand Prairie | Grand Prairie ISD | Parkland Hospital | Dallas College | | |
| Market Value - Land | $ 65,000 | $ 65,000 | $ 65,000 | $ 65,000 | $ 65,000 | | |
| Market Value - Structure(s) | $ 315,680 | $ 315,680 | $ 315,680 | $ 315,680 | $ 315,680 | | |
| Market Value | $ 380,680 | $ 380,680 | $ 380,680 | $ 380,680 | $ 380,680 | | |
| Less Deductions | | | | | | | |
| Capped Limitation | | | | | | | |
| Ag-use Value | | | | | | | |
| Absolute Exemption | | | | | | | |
| Appraised Value | $ 380,680 | $ 380,680 | $ 380,680 | $ 380,680 | $ 380,680 | | |
| Less Exemption Amount | | | | | | | |
| Homestead | $ 76,136 | $ 66,619 | $ 140,000 | $ 76,136 | $ 76,136 | | |
| Age 65 or Older | $ 100,000 | $ 45,000 | $ 65,000 | $ 100,000 | $ 100,000 | | |
| Exemption Amount Subtotal | $ 176,136 | $ 111,619 | $ 205,000 | $ 176,136 | $ 176,136 | | |
| Estimated Taxable Value | $ 204,544 | $ 269,061 | $ 175,680 | $ 204,544 | $ 204,544 | | |

*Taxes include tax ceilings for an Age 65 or Older or Disabled Person exemption.

Tax Ceiling: If you received the Age 65 or Older or the Disabled Person homestead exemption, your school, county, and certain city taxes for this year will not be any higher than they were for the year in which you first received the exemption, unless you have made new improvements to your home. If you improved your property by remodeling or adding an addition, your school, county, and certain city taxes may increase for new improvements. If you are the surviving spouse of a person who was age 65 or older or disabled at the date of death and you were age 55 or older at the date of death of your spouse, you may retain the school, county, and certain city tax ceilings.

**If you would like to register to receive electronic communications from the Dallas Central Appraisal District, please go to https://www.dallascad.org, search for your account number and click on the Electronic Documents (DCAD ENS) link.**

**THE INFORMATION BELOW BECOMES APPLICABLE AUGUST 5, 2026**

**Please visit www.Texas.gov/PropertyTaxes after August 5th to find a link to your 2026 local property tax database on which you can easily access information regarding your 2026 proposed property taxes. This will include information regarding the amount of taxes that each taxing unit that taxes your property will impose if the taxing unit adopts its proposed tax rate. The local property tax database will be updated regularly during August and September as local elected officials propose rates, hold hearings, and adopt property tax rates that will determine how much you will pay in property taxes.**

Contact the Dallas County Tax Office for additional information on who collects property taxes for each taxing unit in which your property is located.

John R. Ames
Dallas County Tax Assessor/Collector
500 Elm Street
Dallas, TX  75202
214.653.7822
www.dallascounty.org/tax

**THE COUNTY TAX ASSESSOR DOES NOT DETERMINE PROPERTY VALUES OR TAX RATES.**

To receive email notifications regarding updates made to your local property tax database, please locate your property account using the **Search Appraisals** option at www.dallascad.org. Once you are on your property account, select the **Notice of Estimated Taxes (ENS)** link, and then select the **Subscribe to Receive Notice of Estimated Tax Updates** link located in the top right corner.



**APPRAISAL REVIEW BOARD OF DALLAS COUNTY**
**NOTICE OF PROTEST - RESIDENTIAL**
**TAX YEAR 2026**

**www.dallascad.org  (214) 905-9402**



**Account Number:** 280285800N0130000

BUBU ETHEL
2007 CROSBYTON LN
GRAND PRAIRIE, TX 75052-8868

**Property Address:**
2007 CROSBYTON LN
GRAND PRAIRIE (DALLAS CO)

**Legal Description:**
CIMMARON ESTATES PH 3C
BLK N LT 13

**Proposed Value:** $380,680

**Deed Transfer Date:**

**CHANGE OF ADDRESS:** _____

It is my desire to file a protest based on the issue(s) checked below. Also, I understand that the Appraisal Review Board (ARB) must notify me of any hearing not later than the 15th day before the date of the hearing pursuant to §41.46 of the Texas Property Tax Code.

At the time your account is scheduled for an ARB hearing, the evidence that the Chief Appraiser will introduce at your hearing will be available on the DCAD website. You may access this evidence on the website by using the property account number and PIN located on your notice of appraised value and hearing notice.

It is my desire to protest based on the following issue(s) and I have checked the applicable boxes:

- ☐ Market value
- ☐ Unequal Value
- ☐ Market Value and Unequal Value
- ☐ Property not located in district
- ☐ Exemption was denied or cancelled (Specify _____)

- ☐ Ownership is incorrect (Specify _____)
- ☐ Ag-Use: Change in use of land appraised as agricultural use, open-space, etc.
- ☐ Ag-Use: Open-Space or other special appraisal denied or cancelled
- ☐ Property should not be taxed in district or in one or more taxing units
- ☐ Other: (Specify _____)

**Opinion of Value**        : _____

**Additional Requests**    : _____

If you wish to expedite your hearing by waiving the required deadline date under Section 41.46 of the Texas Property Tax Code, please check the following box: ☐

_____  _____  _____
Signature of Owner (or Agent)        Date Filed        (Agent Registration No., if applicable)

_____  _____  _____
Printed Name        Daytime/Cell Phone No.        Email Address

**DEADLINE FOR FILING A PROTEST: May 15, 2026 or 30 Days From Appraisal Notice Postmark Date.**

**GENERAL INSTRUCTIONS**: Pursuant to §41.41 of the Texas Property Tax Code, a property owner has the right to protest certain actions taken by the appraisal district.  There are three options to file a protest, 1) use the **uFile Online System**, 2) mail a protest form, or 3) place a protest in the DCAD dropbox at 2949 N. Stemmons.

**uFile ONLINE PROTEST & SETTLEMENT SYSTEM:** The preferred method of protesting your property is to use the **uFile Online Protest & Settlement System**. You may access the system by going to **www.dallascad.org**; in the blue Navigation Links box, select Search Appraisals to search for your property and once you are on the details page of your account, select the uFile Online Protest link. For easy access, you may request your individual PIN through this system or use the PIN located at the top left side of your Notice of Appraised Value. Once you utilize the uFile system to protest your property, you may also be eligible to use the settlement program and settle your protest online. If you file a protest using the uFile Online System, please do not file a written or duplicate protest.

**uFile is the preferred method of filing a protest in order to expedite and ensure timely delivery of your protest.**

**PROTEST FORM**: This form is for use by a property owner or designated agent who would like the ARB to hear and decide a protest. If you are leasing the property, you are subject to the limitations set forth in Texas Property Tax Code §41.413. Please review the ownership and property information provided on this protest form and make any necessary corrections.

If you wish to mail your protest and supporting documents, the envelope must be postmarked by the U.S. Postal Service on or before the deadline.

**Appraisal Review Board of Dallas County**
**Residential Division**
**PO Box 560348**
**Dallas, TX 75356-0348**

**HOW TO SETTLE THE VALUE OF YOUR PROPERTY**

**Informal Hearing Process:** If you disagree with DCAD's proposed market value then <u>**you must first file a protest and provide evidence as to your value position in order for DCAD's appraisal staff to conduct an informal review of the property's valuation**</u> DCAD would encourage all property owners to utilize DCAD's uFile Online Protest and Settlement System (uFile System) as this is the most efficient way to file a protest, submit evidence, and to begin the informal review process. Once a protest has been filed and evidence submitted, DCAD will reach out to the property owner prior to the Formal ARB Hearing if evidence warrants a value change. DCAD appraisal staff will either conduct an Informal telephone review with the property owner or will respond via an email using the DCAD uFile and Settlement System. If you filed a protest, provided evidence, and have not been contacted by DCAD via a phone call or email at least 3 days prior to your scheduled Appraisal Review Board (ARB) Hearing, then please call the appropriate Division to speak with an appraiser who will at that time conduct an Informal telephone review. At any time, DCAD would encourage property owners to call the Appraisal District and speak with staff concerning any issues or questions they may have about their property or the Appraisal Review Board process.

### UFILE - PREFERRED METHOD

**uFile Online Protest & Settlement System:** The preferred method of protesting your property is to use the **uFile Online Protest & Settlement System**. You may access the system by going to **www.dallascad.org;** in the blue Navigation Links box, select Search Appraisals to search for your property and once you are on the details page of your account, select the uFile Online Protest link. For easy access, you may request your individual PIN through this system or use the PIN located at the top left side of your Notice of Appraised Value. <u>**Requesting a PIN does not constitute filing a uFile protest; you must complete the uFile protest process**</u> Once you utilize the **uFile** system to protest your property, you may also be eligible to use the settlement program and settle your protest online. All uFile protests will eventually be scheduled for an ARB Hearing if the protest issue(s) remain unresolved. Once scheduled for an ARB Hearing, DCAD will post the ARB Hearing Date and Time on your account on our website. The ARB will also mail you an ARB Hearing Notification. **If you file a protest using the uFile Online system, please do not file a written or duplicate protest.**

### WRITTEN PROTEST

**Protest Form**: If you choose not to use the **uFile Online System**, you may use the protest form provided. You should attach to your protest form any documentation that supports your opinion of value or any other protested issue (reference the Standards of Documentation). <u>**If you are protesting more than one account, be sure to staple or bundle together all protest forms and documents to avoid receiving multiple ARB hearing dates and times for your accounts**</u>.

**Useful Information**: If you have purchased your property within the last three years, please include with your protest form, a copy of your closing statement or other official record that validates the purchase price.

**Filing Deadlines:** The deadline to file a protest will be listed as Deadline for filing a protest on the front page of this notice.

**Weekends and Holidays**: If your deadline falls on a Saturday, Sunday, or legal holiday, it is postponed until midnight of the next business day.

**Appraisal Review Board (ARB):** Members of the ARB are not employees of the DCAD. They serve as jurors to arbitrate issues brought before them. The Texas Property Tax Code outlines specific duties for the ARB to follow. The goal of the ARB is to ensure that each property owner is given a fair and impartial hearing in the most efficient and timely manner.

**Hearing Process and Delivery of Requested Information:** Once the Appraisal Review Board (ARB) receives and processes your protest, <u>**your account will be scheduled for an ARB Telephone Hearing. If you do not want an ARB Telephone Hearing but would rather appear in person for your ARB Hearing then please indicate under the Additional Request(s) field on the front side of this protest form**</u>. Once scheduled for an ARB Hearing, your hearing date and time will be posted on your account(s) on DCAD's website. You will also receive an ARB Hearing Notice by first class mail with your hearing date and time and a phone number to call to start your ARB hearing. <u>**You will be required to call the ARB at the designated ARB Hearing date and time to start the ARB Hearing.**</u> The ARB provides single member panels, but at the time of your hearing you may opt in for a three member panel hearing. If you do not receive an ARB Hearing Notice please call DCAD to inquire about your ARB Hearing date or check your account on the DCAD website. You may request in writing that your ARB Hearing Notice be sent to you by certified mail but you may be charged for this request. You can also request your ARB Hearing Notice be emailed to you if you provide an email address on the protest form and request this in writing. If you would like for the ARB to send your hearing notice to you by certified mail or by email then please indicate this on the Protest Form under Additional Request(s). If you have any other requests then please indicate them on the Protest Form under Additional Request(s) field. If your property's market value is greater than $62.9 million dollars then you can request to be heard by a special ARB Panel but you must do so in writing at the time you file a protest and indicate as such on the Protest Form under Additional Request(s). Prior to your ARB Hearing you may request a copy of the evidence DCAD plans to introduce at the hearing to establish any matter at issue. Before any ARB hearing on a protest or immediately after the hearing begins you or your agent and the CAD are required to provide each other with a copy of any materials (evidence) intended to be offered or submitted to the ARB at the ARB Hearing. Evidence may be submitted for any ARB hearing type, either on paper or on a small digital portable device (such as a CD, USB flash drive, or thumb drive) which will be kept by the ARB. **Do NOT bring evidence by smartphone**. At the time your account is scheduled for an ARB Hearing, evidence that the Appraisal District will introduce at your hearing will be available on the DCAD website. You may access this evidence by using the property account number and PIN located on your Notice of Appraised Value and Hearing Notice. You may also request this information by calling the DCAD office.

**Hearing Postponements**: As a property owner, you are entitled to one postponement of the hearing without showing good cause. You are also entitled to postpone your hearing if you or your agent shows reasonable cause for postponement. You must request this postponement to the ARB before the hearing date. The ARB will determine if good cause exists for missing your hearing.

**Residence Homestead Exemptions:** If the property is your home and you occupy it as your principal place of residence, you may qualify for one or more residence homestead exemptions, which will reduce the amount of taxes imposed on the property. **Apply online** for the **Homestead Exemption** at **www.dallascad.org**, or you may select the link "Print Homestead Exemption Form" from your account on the DCAD website or you may call 214-631-0910 to request an application.

**Special Service Accommodations:** The DCAD offices are wheelchair accessible and parking spaces for the disabled are provided. The DCAD will provide sign interpretation services for the hearing impaired at any scheduled hearing or meeting if at least 72 hours advance notice is given. The hearing impaired can call TDD at (214) 819-2368.

If you desire any special assistance during the hearing process to accommodate any disability you have, please specify on the "Additional Requests" line on the Notice of Protest form.

Additionally, to arrange for any special service to accommodate a disability, you may contact the Assistant Director of Administration at (214) 631-0520, extension 1107.